UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCA MORALEZ,

    Plaintiff,

    v.

JORGE O. SANCHEZ, et al.,

    Defendants.

Case No.  16-cv-00666-DMR

**ORDER TO SUBMIT STATUS REPORT**

The Complaint in this case was filed on February 9, 2016.  According to the Scheduling Order for Cases Asserting Denial of Right of Access Under Americans With Disabilities Act, the last day for Plaintiff to complete service on Defendants or file a motion for administrative relief from the deadline to serve Defendants was April 11, 2016.  It does not appear that Plaintiff has completed service on Defendants.  By no later than May 6, 2016, Plaintiff is ordered to submit a report regarding the status of this case.

**IT IS SO ORDERED.**

Dated: April 27, 2016



_____
Donna M. Ryu
United States Magistrate Judge