UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCA MORALEZ,

    Plaintiff,

    v.

JORGE O. SANCHEZ, et al.,

    Defendants.

Case No. 16-cv-00666-DMR

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On February 9, 2016, Plaintiff Francisca Moralez filed suit in this Court. According to the Scheduling Order for Cases Asserting Denial of Right of Access Under Americans With Disabilities Act, the last day for Plaintiff to complete service on Defendants or file a motion for administrative relief from the deadline to serve Defendants was April 11, 2016. It does not appear that Plaintiff has completed service on Defendants. Therefore, on April 27, 2016, the court ordered Plaintiff to submit a report by May 6, 2016 regarding the status of this case. [Docket No. 9.] Plaintiff did not file a status report. Accordingly, the court ORDERS Plaintiff to respond by **June 13, 2016** and explain why this case should not be dismissed for failure to prosecute. Failure to respond by June 13, 2016 will result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: June 1, 2016



_____
Donna M. Ryu
United States Magistrate Judge